1  Kelly Dunn  SBN# 104380
   The Hawkins Center
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4

5  Attorney for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11 CHERYL L. CRAIN,                )
            Plaintiff,             )
12                                 )    CIVIL NO. C 07-118 MHP
       vs.                         )
13                                 )
   MICHAEL J. ASTRUE,              )    **STIPULATION AND ORDER TO**
14 Commissioner of Social Security )    **EXTEND TIME FOR PLAINTIFF**
                                   )    **TO FILE MOTION FOR SUMMARY**
15          Defendant.             )    **JUDGMENT**
                                   )
16

17         IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to

18 Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of

19 30 days in which to file her Motion for Summary Judgment.[1]  Plaintiff's motion was due on June

20 13, 2007, pursuant to Civil L.R. 16-1(e).  Plaintiff's Motion for Summary Judgment is now due

21 on July 13, 2007.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

---

1.  See attached Declaration of Kelly Dunn on behalf of Cheryl Crain

This is Plaintiff's first request for an extension.

Dated: June 1, 2007

_____
KELLY DUNN
Attorney for Plaintiff

Dated: June 1, 2007

_____
AMITA BAMAN TRACY
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 5, 2007

_____
MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation and Order to Extend Time  C 07-118 MHP