1  SCOTT N. SCHOOLS
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARK A. WIN, CBN 206077
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8980
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  CHERYL L. CRAIN,              )
                                  )     CIVIL NO. 07-118 MHP
14        Plaintiff,              )
                                  )     STIPULATION FOR EXTENSION OF TIME
15        v.                      )     TO FILE DEFENDANT'S CROSS-MOTION
                                  )     FOR SUMMARY JUDGMENT; ~~PROPOSED~~
16  MICHAEL J. ASTRUE,            )     ORDER
    Commissioner of              )
17  Social Security,              )
                                  )
18        Defendant.              )
    _____)

19

20        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

21  approval of the Court, that Defendant shall have a 30-day extension of time in which to e-file his

22  response to Plaintiff's Motion for Summary Judgment.  Agency counsel inadvertently failed to notice the

23  ECF notification that Plaintiff's Motion for Summary Judgment had been filed on July 13, 2007.

24  Subject to the approval of the Court, Defendant's response will now be due on September 11, 2007, 30

25  days after the date the response was originally due.  Counsel has conferred with Plaintiff's counsel, who

26  has stated that he has no objection to an extension of time.  Counsel needs additional time to review the

27  case for defensibility, to confer with the Commissioner, and to draft a responsive brief, if warranted.

28  Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this

unopposed request for extension.  This is defendant's first request for an extension of time.


Dated: _____8/22/07_____          _____/s/ Kelly Dunn_____
                                            *(As authorized via facsimile on 8/22/07)*
                                            KELLY DUNN
                                            Attorney for Plaintiff


                                            SCOTT N. SCHOOLS
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX


Dated: _____8/22/07_____   By:  */s/ Mark A. Win_____*
                                            MARK A. WIN
                                            Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __8/23/2007_____

                                            MARILYN H. PATEL
                                            United States District

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA