SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN, CBN 206077
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL L. CRAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-07-118 MHP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the above-titled action be remanded to the defendant Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge ("ALJ") and direct him or her to further evaluate the medical opinions of record, including the opinion of Joseph Mariotti, M.D.  The ALJ will also be directed to further evaluate Plaintiff's allegations of a mental impairment, further develop the record, reevaluate

///

///

Plaintiff's past relevant work, and, if warranted, obtain supplemental vocational expert testimony.

Dated: 9/5/07        */s/ Kelly Dunn*
                     *(As authorized via facsimile on 9/5/07)*
                     KELLY DUNN
                     Attorney for Plaintiff


                     SCOTT N. SCHOOLS
                     United States Attorney
                     LUCILLE GONZALES MEIS
                     Regional Chief Counsel, Region IX

Dated: 9/5/07   By:  */s/ Mark A. Win*
                     MARK A. WIN
                     Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings

Dated: September 10, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel

2